Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

VALERIA FLORES                v. HHS

No. 2014-5073

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for:   HHS
                                    Name of party

I am, or the party I represent is (select one):

[ ] Petitioner  [ ] Respondent  [ ] Amicus curiae  [ ] Cross Appellant
[ ] Appellant   [✓] Appellee    [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant   [ ] Respondent or appellee

My address and telephone are:

Name:                Debra A. Filteau Begley
Law firm:            United States Department of Justice
Address:             PO Box 146, Ben Franklin Station
City, State and ZIP: Washington, DC 20044-0146
Telephone:           (202) 616-4181
Fax #:               (202) 616-4310
E-mail address:      debra.begley@usdoj.gov

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): N/A -- Gov't Counsel

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes   [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

5/1/2014                          *Debra A. Filteau Begley*
Date                              Signature of pro se or counsel

cc: Susan J. Schwartz, Esq.

123

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of May, 2014, a copy of this **ENTRY OF APPEARANCE** was served electronically upon:

Susan J. Schwartz, Esq.
Corboy & Demetrio, P.C.
33 N. Dearborn Street, Suite 2100
Chicago, IL 60602
Tel: (312) 346-3191
sjs@corboydemetrio.com

/s/ Debra A. Filteau Begley
DEBRA A. FILTEAU BEGLEY
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 146
Benjamin Franklin Station
Washington, D.C. 20044-0146
Tel: (202) 616-4181